CC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
APR 20 2015
4-20-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Derek Montgomery

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas V. Gainer
Jennifer Bagby
Julie Nikolaevskaya
James McKay
Ashley Romito
Det. Steven Scott

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

Case No: 15-cv-03497
Judge Charles R. Norgle, Sr
Magistrate Judge Jeffrey Cole
PC6
(To be supplied by the <u>Clerk of this Court</u>)

**AMENDED COMPLAINT**

CHECK ONE ONLY:

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*



I. **Plaintiff(s):**

    A. Name: Derek Montgomery

    B. List all aliases: N/A

    C. Prisoner identification number: R13952

    D. Place of present confinement: Hill Correctional Center

    E. Address: P.O. Box 112, Galesburg, IL 61402

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Thomas V. Gainer

        Title: Judge (Circuit Court)

        Place of Employment: 2650 S. California Ct. Room 302

    B. Defendant: Jennifer Bagby

        Title: Assistant State's Attorney

        Place of Employment: 2650 S. California, 11th Floor

    C. Defendant: James McKay

        Title: Assistant State's Attorney

        Place of Employment: 2650 S. California, 11th Floor

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Ashley Romito
   Title: Assistant State's Attorney
   Place of Employment: 2650 S. California, 11th Floor

E. Defendant: Julie Nikolaevskaya
   Title: Assistant State's Attorney
   Place of Employment: 2650 S. California, 11th Floor

F. Defendant: Detective Steven Scott #20811
   Title: Detective
   Place of Employment: 727 E. 111th Street, District 005 CPD

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Derek Montgomery v. Salvador Godinez (IDOC) 14-cv-05683

B. Approximate date of filing lawsuit: 7/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Derek Montgomery

D. List all defendants: Salvador Godinez (Illinois Department of Corrections)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court / Northern Dist. of Illinois

F. Name of judge to whom case was assigned: Judge Andrea R. Wood

G. Basic claim made: False Imprisonment, Emotional Distress

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): In Petition stage waiting on ruling.

I. Approximate date of disposition: 3/13/15

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A. Derek Montgomery v. Sgt. Plante & C/O Mulcahy of CC Department of Corrections 14-cv-6271

B. 8/14/14

C. Derek Montgomery

D. Sgt. Plante, C/O Mulcahy (Cook County Department of Corrections)

E. U.S. District Court/Northern District of Illinois

F. Judge Andrea R. Wood

G. Failure To Protect, Personal Injury, Emotional Distress

H. In Petition Stage waiting on ruling.

I. 12/15/14

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am being maliciously prosecuted in a case where there were clear violations of my Constitutional rights. I was arrested 6/28/13 for Violation of an Order of Protection (Misdemeanor) for some letter(s) that were allegedly written by me from the penitentiary (Shawnee C.C. in Vienna, IL) 7/21 - 7/31/2011 all in one envelope to Charease Vaughn 1110 W. 50th Street, Chicago, IL. The Statute of Limitations for that charge was up Jan. or Feb. 2013 (720 ILCS 5/3-5 (b)). There was only one allege incident 7/2011, so this wasn't an ongoing investigation. Then I was sent to the Cook County Jail for pretrial detention without being charged with an offense (Arrest Report and Rap Sheet verification). I was then Grand Jury Indicted 7/30/13, which is 32 days from 6/28/13 (30 day Indictment requirement). Then the case was sent to the Criminal Courts Building 2650 S. California Ct. Room 302, Judge Gainer. I appeared in front of Judge Gainer 8/19/13 where he didn't arraign me. I explained this to him almost a year later (5/28/14),

which he denied and ordered some false transcripts. In the actual hearing (8/19/13) a Public Defender Lisa Brean stepped up and said "The Defendant's Attorney is in another courtroom, so I am asking for a short continuance." Then the next courtdate (9/24/13) she asked for the samething. The Certified Statement of Conviction/Disposition I received several times for this case (13 CR 1455201) states "Defendant Arraigned" 8/19/13. The transcripts that the judge handed to me does not have him arraigning me, despite what's being said in them didn't happen. I did not know what I was charged with until I wrote the Circuit Court Clerk's Office, which was months later. The State's Attorney Office was scrambling to charge me with something else to try to cover up these errors. I was then charged (10/03/13) with Stalking (bogus charge) Case no. 1311305940 1, which a finding of No Probable Cause/case dismissed (10/10/13). I was then charged with another Violation of an Order of Protection charge under the same Order of Protection (09 CR 13), which was an invalid Order. The Charge (Case no. 14DV7324401 & 14CR0637601) was originally Vio Order/Prior Vio of Order. That is a bogus

Charge because I had never been convicted of a Violation of an Order of Protection. That was the charge from the Police Station (Arrest Report) throughout Indictment/Preliminary stage. The State then changed it to Violate OP/Other Prior because they realized the error, which is wrong. The Arrest report has the victim/complainant name Sheronda Vaugh which is not the person's name on OP (Sharonda Vaughn). Her date of birth is even wrong 10/16/1982 (Correct D.O.B 11/16/82). I am currently doing time for that case (14CR06376) 3½ years. I took that case to trial and was found guilty by Jury. After being sentenced now we have to resolve the bogus charge 13CR1455201. Knowing that I won't be copping a plea deal the ASA charged me with another offense 12/23/14 for a letter I wrote to ASA Jennifer Bagby telling her that I was going to sue for malicious prosecution. I was charged with Threatening A Public Official Case no. 14CR21879. There were no threatening content in the letter. The State charged me because it says you will pay, but throughout the letter it's about suing. Not one time did I say I will harm her, kill her, find her, or damage any of her property. This is a psychological tactic to try to break me down into copping a plea. As for the 13CR14552 case, I was found guilty by bench of 720 ILCS 5/32-4a Harass Witness and Violation of an Order of Protection due to harassment. Harass Witness charge count (a)(2) specifically states harass a person in a "pending" legal proceeding... for testimony of that proceeding. The case was concluded and I was sentenced 1/13/11 (09CR13) for the charge in question, and the allege letters are dated 7/2011. The case is not pending 6 months after closure.

The whole case is bogus and a violation of my Constitutional rights Fourth & Fourteenth Amendments. Despite the judge seeing all that is explained here in this complaint still found me guilty. No charge, 32 day Indictment, charging past Statute of Limitations Viol OP 720 ILCS 5/12-3.4 (1 year 6 months), no arraignment of charges, $1,000,000 bond for Viol OP, and I forgot to mention that throughout Preliminary/Indictment stage the charge Viol OP, which came out of nowhere, I was charged under the wrong Statute no. 720 ILCS 5/12-30. The State didn't decide to change it to the correct number until after Indictment 720 ILCS 5/12-3.4.

Other than malicious prosecution is false imprisonment. I was sent to CCDOC without being charged with a crime. I shouldn't have been incarcerated without being charged first.

Emotional Distress: I was released from the penitentiary 6/28/13 to be arrested for the OP charge that allegedly happened two years prior. Then to find out everything that is wrong with this charge and there not being any justice in what's called the Justice system. I have been nothing but depressed behind all of this. These are malicious, intentional, and falsification of documents just to make a case solid, where there are clear violations. A person cannot stalk from in jail nor can he/she interfere with judicial procedure (Article 32) as what 720 ILCS 5/32-4a is. The judicial procedure was done 1/13/11. This is totally wrong and it is a shame when the judicial system is to be unbiased is conspiring on defendants lacking financial help. The most recent charge "Threatening A Public Official" I believe was brought about because I put in a Motion bringing out the fact that Jennifer Babby forged the signature of my kids' mother Sharonda Vaughn on a Petition for an Order of Protection granted by Judge Gainer.

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary compensation for all wrong doings and disciplinary action taken or termination of employment for all named defendants (False Imprisonment, Malicious Prosecution, Emotional Distress, Violation of Constitutional rights, Fourth & Fourteenth Amendments).

**VI.**   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __April__, 20__15__

_Derek Montgomery_
(Signature of plaintiff or plaintiffs)

_Derek Montgomery_
(Print name)

_R13952_
(I.D. Number)

_P.O. Box 1700_
_Galesburg, IL 61402_
(Address)

6                                                                                                 Revised 9/2007