CmC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Derek Montgomery
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Scott Stevens/Chicago
Police Department, or
City of Chicago
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED EAA
JUL 17 2015
7-17-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 15 C 3497
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

√   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Derek Montgomery
   B. List all aliases: N/A
   C. Prisoner identification number: R13952
   D. Place of present confinement: Hill Correctional Center
   E. Address: P.O. Box 1700, Galesburg, IL 61402

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Scott Stevens
      Title: Detective
      Place of Employment: 727 E. 111th Street (CPD)

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Derek Montgomery vs. S. A. Godinez and Illinois Department of Corrections '14 cv 5683

B. Approximate date of filing lawsuit: 7/2004

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Derek Montgomery

D. List all defendants: ~~[scribbled out]~~ S. A. Godinez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court for the Northern Dist. of Illinois

F. Name of judge to whom case was assigned: ~~[scribbled out]~~ Andrea R. Wood

G. Basic claim made: False Imprisonment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: 12/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested under an Arrest Warrent (1,000,000 bond) for Violation of an Order of Protection 720 ILCS 5/12-30. The arrest occurred in Massac County June 28, 2013. I was held in Massac County until July 1, 2013, when Detectives Steven Scott and Rapunzel Williams picked me up to take me to the District 005 Police Station. There I was fingerprinted and held until July 2, 2013, when I was sent to the Cook County Department of Correction on what I believed to be a charge. Come to find out a year later that I was not initially charged with a crime. The Arrest Report for that case has no charge on it, no incident report, or any complainant or victim. I was bogusly sent to the County Jail without a charge, therefore violating my Fourth & Fourteenth Amendments of the U.S. Constitution. My Eighth Amendment was also violated because of a $1,000,000 bond for an alleged Class 4 offense.

I was falsely imprisoned from June 28, 2013 - July 30, 2013 without a charge until Grand Jury Indicted for

Viol. of an Order of Protection and Harass Witness. I was indicted 32 days (6/28/13-7/30/13) after being taken into custody when an Indictment is supposed to happen within 30 days.

    I was emotionally distressed due to being falsely imprisoned and during that imprisonment severely beaten 2/12/14, which left me with a concussion, two blacked eyes, and a fractured right eye bone. I was not advised of my charges until I wrote the Circuit Court Clerk's Office for a Statement of Disposition. I was ultimately taken to trial on these charges behind the 32 day false imprisonment and obvious violation of my Constitutional rights. I have sent the Arrest Report and a copy of my Criminal History (Rap Sheet) to show that no charges were filed with the initial arrest.

    According to the Grand Jury Indictment the alleged case occurred July 2011 - Aug. 2011. For a charge of Violation of an Order of Protection 720 ILCS 5/12-30 the General Limitations (720 ILCS 5/3-5(b)) prosecution shall happen within 1 year 6 months of the commission of the offense. Limitations on that charge was up Feb. 2012. This whole case is bogus.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Violation of Constitutional rights (4th, 14th, and 8th), False Imprisonment and Emotional Distress... Monetary Compensation and Disciplinary Action brought against Defendant.

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __29__ day of __June__, 20__15__

*Derek Montgomery*
(Signature of plaintiff or plaintiffs)

Derek Montgomery
(Print name)

R13952
(I.D. Number)

P.O. Box 1700
Galesburg, IL 61402
(Address)

CHECK _____ IR _C_ SID _~_ FBI _____ FOR ALIAS _JC_

LEADS AUTOMATED CRIMINAL HISTORY

PEOPLE V _Montgomery, Derek_

SEX _M_ RACE _____ DOB: ___/___/___

ALIAS _____

PLACE OF BIRTH _____

IR _1195887_ SID _50231750_

FBI _931960JB5_

SOCIAL SECURITY _____

OTHER STATE NUMBERS: _____

**LEADS HAS NOT PROVIDED A CRIMINAL HISTORY DUE TO THE FOLLOWING:**

_____ NO HIT ON SID SHEET _____ NO HIT ON FBI SHEET

__✓__ FINGERPRINTS SENT TO SID _____ FINGERPRINTS SENT TO FBI

_____ SID SHEET INCOMPLETE _____ FBI SHEET MANUAL

_____ SID SHEET ORDERED _____ FBI SHEET ORDERED

_____ SID COMPUTER DOWN _____ FBI COMPUTER DOWN

__✓__ ILLINOIS ARRESTS ONLY!!!!
NO FBI SHEET WILL PRINT

COMPARISON: _____ VS _____

_____ NEGATIVE _____ SAME/TO BE COMBINED _____ PREVIOUSLY COMBINED

PERSONNEL THAT COMPARED FINGERPRINTS & DATE: _____

PAROLE INFORMATION: INMATE NUMBER _R13952_

_____ ON PAROLE _____ WARRANT LODGED

_____ DISCHARGED _____ HOLD LODGED

COMMENTS: _____

, IL 60632
NG AGENCY: CHICAGO POLICE DEPARTMENT * NCIC: ILCPD0000
CASE NUMBER: 018758130 * OFFICER BADGE NUMBER: 20811
AVAILABLE: NO

ST CHARGES
-----------------------------------------------------------
UNT: 1
  STATUTE CITATION: 720 ILCS 5.0/12-7.3-A-2
  LITERAL DESCRIPTION: STALKING
  INCHOATE CODE: O
  CLASS: 4
  ARREST TYPE:  * DATE OF OFFENSE: 10/03/2013

STATES ATTORNEY SECTION
-----------------------------------------------------------
FILING DECISION: DIRECT FILED WITH COURT * DECISION DATE: 10/03/2013
COUNT: 1
  STATUTE CITATION: 720 ILCS 5.0/12-7.3-A-2
  LITERAL DSCRIPTION: STALKING
  INCHOATE CODE: O
  CLASS: 4
  AGENCY NAME: COOK COUNTY STATE'S ATTORNEY * NCIC: IL016013A

END OF PAGE 003 -- MORE DATA WILL FOLLOW

14.079 06.36.08
IL016793A OPR/PR  PUR/C  REQ/CBC PHUNSTOK
SID/IL50231750
(CONTINUED FROM PREVIOUS RESPONSE)

******************************* ARREST *******************************
DCN: G18693090 * DATE OF ARREST: 07/01/2013
NAME: MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979

RESIDENCE:
  5316 S CALIFORNIA AVE
  CHICAGO, IL 60632
ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT * NCIC: ILCPD0000
AGENCY CASE NUMBER: 018693090 * OFFICER BADGE NUMBER: 20811
PHOTO AVAILABLE: NO

ARREST CHARGES
-----------------------------------------------------------
COUNT: 1
  STATUTE CITATION: 725 ILCS 5.0/110-3
  LITERAL DESCRIPTION: ISSUANCE OF WARRANT
  INCHOATE CODE: O
  CLASS: Z
  ARREST TYPE:  * DATE OF OFFENSE: 07/01/2013

STATES ATTORNEY SECTION
-----------------------------------------------------------
FILING DECISION: DIRECT FILED WITH COURT * DECISION DATE: 07/01/2013
COUNT: 1
  STATUTE CITATION: 725 ILCS 5.0/110-3
  LITERAL DSCRIPTION: ISSUANCE OF WARRANT
  INCHOATE CODE: O
  CLASS: Z
  AGENCY NAME: COOK COUNTY STATE'S ATTORNEY * NCIC: IL016013A

*************************** ACCESS REVIEW ***************************
DCN: L23405069
NAME: MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979
  RESIDENCE:

CIRCUIT COURT OF COOK COUNTY
ADULT PROBATION DEPARTMENT
INVESTIGATIVE REPORT



DATE ORDERED: 03/04/2015               PRETRIAL:

DATE DUE: 03/30/2015                   PRESENTENCE: X

DEFENDANT: Derek Montgomery            JUDGE: Thomas V. Gainer

A/K/A: See Leads                       LOCATION: 2600 S. California Ave.
                                                 Chicago, IL. 60608

ADDRESS: 5316 S. California Ave.       ASST.STATE ATTY: As Assigned
         Chicago, IL. 60632

TELEPHONE: 773-272-1094                DEFENSE ATTY: Pro-Se

VERIFICATION: Custody                  INVESTIGATING P.O.: D. Oseguera

DATE OF BIRTH: 09/26/1979              I.R. #:     1195887

PLACE OF BIRTH: Chicago, IL.           C.B. #:     18693090

SEX/RACE: Male/Black                   I.S.B. #:   50231750

HGT/WGHT: 5'10/196                     F.B.I. #:   931960JB5

EYES/HAIR: Bro/Blk                     D.L. #:     M32516079274

U.S. CITIZEN: Yes

DATE ENTERED U.S.A.: N/A

ALIEN REGISTRATION #: N/A

| CASE NUMBERS | CHARGE | ARREST DATE |
|---|---|---|
| 13CR1455201 | Harass Witness/Family Mbr(3cts) Violate Order/Prior Dom Bat(1ct.) | 07/01/2013 |

CUSTODY STATUS: Custody: IDOC

1

```
****************************** CUSTODIAL ******************************
       790072 * DATE RECEIVED: 10/11/2013
       MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979
       IDENCE:

     SUBJECT INSTITUTION NUMBER: R13952 * PHOTO AVAILABLE: YES
   CONFINING AGENCY: DOC CORRECTIONAL CENTER STATEVILLE * NCIC: IL099035C
   AGENCY RECEIVED FROM: COOK COUNTY SHERIFF'S OFFICE, HDQTRS * NCIC: IL01
```

CUSTODIAL CHARGES
--------------------------------------------------------------------
COUNT: 1
    STATUTE CITATION: 720 ILCS 5.0/12-4-B-1
    LITERAL DESCRIPTION: AGGRAVATED BATTERY/WEAPON
    INCHOATE CODE: O
    CLASS: 3
    CASE NUMBER: 09CR0001301
    DISPOSITION:
    ** SENTENCES **
    STATUS: CONCURRENT
        SENTENCE: 9 YEAR(S) 3 MONTH(S) IMPRISONMENT-DOC
        FINE AMOUNT:
        DATE: 01/13/2011

CUSTODIAL STATUS * STATUS DATE * AGENCY NAME
--------------------------------------------------------------------
RECEIVED * 10/11/2013 * DOC CORRECTIONAL CENTER STATEVILLE
RELEASED/CORR SUPERVISION * 11/20/2013 * DOC WESTERN ILLINOIS CORRECTIO
DISCHARGED * 02/12/2014 * DOC WESTERN ILLINOIS CORRECTIONAL CENTER

****************************** ARREST ******************************
DCN: G18758130 * DATE OF ARREST: 10/03/2013
NAME: MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979

RESIDENCE:
    5316 S CALIFORNIA AVE
    CHICAGO, IL 60632
END OF PAGE 005 -- MORE DATA WILL FOLLOW

15.086 11.56.34
IL016R63G  OPR/AD  PUR/C  REQ/DAVIS
SID/IL50231750
 (CONTINUED FROM PREVIOUS RESPONSE)

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT * NCIC: ILCPD0000
 AGENCY CASE NUMBER: 018758130 * OFFICER BADGE NUMBER: 20811
 PHOTO AVAILABLE: NO

ARREST CHARGES
--------------------------------------------------------------------
COUNT: 1
    STATUTE CITATION: 720 ILCS 5.0/12-7.3-A-2
    LITERAL DESCRIPTION: STALKING
    INCHOATE CODE: O
    CLASS: 4
    ARREST TYPE:  * DATE OF OFFENSE: 10/03/2013

STATES ATTORNEY SECTION
--------------------------------------------------------------------
FILING DECISION: DIRECT FILED WITH COURT * DECISION DATE: 10/03/2013
COUNT: 1
    STATUTE CITATION: 720 ILCS 5.0/12-7.3-A-2
    LITERAL DSCRIPTION: STALKING
    INCHOATE CODE: O
    CLASS: 4
    AGENCY NAME: COOK COUNTY STATE'S ATTORNEY * NCIC: IL016013A

****************************** ARREST ******************************
DCN: G18693090 * DATE OF ARREST: 07/01/2013 ✱
NAME: MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979

RESIDENCE:
    5316 S CALIFORNIA AVE

```
                IL 60632
          AGENCY: CHICAGO POLICE DEPARTMENT * NCIC: ILCPD0000
      ASE NUMBER: 018693090 * OFFICER BADGE NUMBER: 20811
     AILABLE: NO

    ST CHARGES
    ------------------------------------------------------------
   OUNT: 1
      STATUTE CITATION: 725 ILCS 5.0/110-3         *
      LITERAL DESCRIPTION: ISSUANCE OF WARRANT
      INCHOATE CODE: O
      CLASS: Z
      ARREST TYPE:    * DATE OF OFFENSE: 07/01/2013

   STATES ATTORNEY SECTION
   -------------------------------------------------------------
    FILING DECISION: DIRECT FILED WITH COURT * DECISION DATE: 07/01/2013 *
    COUNT: 1
    END OF PAGE 006 -- MORE DATA WILL FOLLOW
```

15.086 11.56.34
IL016R63G  OPR/AD  PUR/C  REQ/DAVIS
SID/IL50231750
 (CONTINUED FROM PREVIOUS RESPONSE)

      STATUTE CITATION: 725 ILCS 5.0/110-3
      LITERAL DSCRIPTION: ISSUANCE OF WARRANT
      INCHOATE CODE: O
      CLASS: Z
      AGENCY NAME: COOK COUNTY STATE'S ATTORNEY * NCIC: IL016013A

*************************** ACCESS REVIEW ***************************
DCN: L23405069
NAME: MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979
  RESIDENCE:

ACCESS REVIEW DATE: 08/29/2011 * RECORD CHALLENGE DATE:
ADMINISTRATION REVIEW DATE:
ADMINISTRATION APPEAL DATE:
AGENCY NAME: DOC CORRECTIONAL CENTER SHAWNEE * NCIC: IL044025C

*************************** CUSTODIAL ***************************
DCN: L42852333 * DATE RECEIVED: 01/14/2011
NAME: MONTGOMERY, DEREK * DATE OF BIRTH: 09/26/1979
  RESIDENCE:

SUBJECT INSTITUTION NUMBER: R13952 * PHOTO AVAILABLE: YES
CONFINING AGENCY: DOC CORRECTIONAL CENTER STATEVILLE * NCIC: IL099035C
AGENCY RECEIVED FROM: DOC CORRECTIONAL CENTER STATEVILLE * NCIC: IL0990

CUSTODIAL CHARGES
-----------------------------------------------------------------
COUNT: 1
    STATUTE CITATION: 720 ILCS 5.0/12-4-B-1
    LITERAL DESCRIPTION: AGGRAVATED BATTERY/WEAPON
    INCHOATE CODE: O
    CLASS: 3
    CASE NUMBER: 09CR0001301
    DISPOSITION:
    ** SENTENCES **
    STATUS: SENTENCED TO
       SENTENCE: 9 YEAR(S) 3 MONTH(S) IMPRISONMENT-DOC
       FINE AMOUNT:
       DATE: 01/13/2011

CUSTODIAL STATUS * STATUS DATE * AGENCY NAME
-----------------------------------------------------------------
RECEIVED * 01/14/2011 * DOC CORRECTIONAL CENTER STATEVILLE
RELEASED/CORR SUPERVISION * 06/28/2013 * DOC CORRECTIONAL CENTER SHAWNE
END OF PAGE 007 -- MORE DATA WILL FOLLOW

15.086 11.56.34
IL016R63G  OPR/AD  PUR/C  REQ/DAVIS
SID/IL50231750

| Arrest Warrant | (Rev. 6/11/12) CCCR 0656 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

DEREK MONTGOMERY
(Defendant)

Case No. 13110489701  W001

Warrant Type  ARR

### DUPLICATE ARREST WARRANT COPY

The People of the State of Illinois to all Peace Officers in the State:

You are commanded to arrest **DEREK MONTGOMERY** (Defendant) for the offense of **VOL OF ORDER PROTECTION** (Description) 720 (Chapter), 5/12-30 A-1 (Section), stated in a charge now pending before this court and to bring him/her instanter before the Circuit Court of Cook County located at:

BRANCH 64    555 W. HARRISON ST.    CHICAGO, IL 60607    302

at 9:00 A.M. a.m./p.m. or, if I am unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County on 06/28/2013 (Date)

Bail Fixed at $ *1,000,000.00*  D  and $75 arrest warrant execution fee (on bond forfeiture warrants only), 725 ILCS 5/110-7(i).

Witness: Clerk of the Circuit Court and the Seal thereof,   06/28/2013 (Date)   Judge ELIZABETH MARY HAYES   Judge's No. 2078

By: _____
Deputy Clerk

Clerk of the Circuit Court of Cook County

### Geographic Limitation
The geographic limitation is as specified in 725 ILCS 5/107-9(e), unless otherwise indicated below. *(To be completed by the Prosecutor):*
NCIC Entry Recommended ☐ Yes  The prosecutor recommends nationwide unless otherwise indicated below:
☐ Indiana, Iowa, Michigan and Wisconsin only   ☐ Cook and collar counties only   Initials: _____

Defendant: DEREK MONTGOMERY    Alias: _____
Residence: 6306 SO. ARTESIAN    City: CHICAGO    State: IL    Zip: 60629

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | DL # |
|---|---|---|---|---|---|---|---|---|
| M | BLACK | 5'10" | 196 lbs. | 09/26/1979 | 33 | MEDIUM | SLIGHT | M53216079274 |

| CB/DCN | IR # | SID | Bond # | FBI |
|---|---|---|---|---|
|  | 001195887 | 00000000000 | 000000000 | 931960JB5 |

Complainant: DET. SCOTT STEVEN  #20811    CPD/620
Address: 727 E. 111th Street    City: Chicago    State: IL    Zip: 60628
Arresting Officer: Det. Williams #20009    Star #: 20009
Agency/Unit: CPD-GENRL
Prepared By: ELIZABETH BURNS    Reviewed By: _____ (Prosecutor)
Printed: 06/28/2013 11:36:41   System: HRP1.CC00.SC10.BURNSE1    Audited By: _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# CHICAGO POLICE DEPARTMENT
## ARREST REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

**FINAL APPROVAL**

CB #: 18693090
IR #: 1195887
YD #:
RD #: HV169561
EVENT #: 1205406865

### ARREST REPORTING

**OFFENDER**

Name: MONTGOMERY, Derek
Res: 5316 S California Ave
Chicago, IL 60632
773-272-1094
Unknown
DOB: 26 September 1979
AGE: 33 years
POB: Illinois
SSN: 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
ARMED WITH: Unarmed

Beat: 923

Male
Black
5' 10"
196 lbs
Brown Eyes
Black Hair
Braids Hair Style
Medium Complexion

**INCIDENT**

Arrest Date: 01 July 2013 23:40
Location: 727 E 111th St
Chicago, IL 60628
290 - Residence
Holding Facility: District 005 Male Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 531

Total No Arrested: 1
Dependent Children? No

Co-Arrests
DCFS Ward? No

Assoc Cases

**CHARGES**

1  Offense As Cited  725 ILCS 5.0/110-3
ISSUANCE OF WARRANT

Victim
Domestic Related

**RECOVERED NARCOTICS**

NO NARCOTICS RECOVERED

**WARRANT**

| Warrant No | Issue Date | Type | NCIC/Leads No | Hold | Bond Amount | Case Docket No | County |
|---|---|---|---|---|---|---|---|
| CW0005472 | 28-JUN-13 | Original Arrest Warrant | W207749347 | | ************** | 13110489 701 | Cook |

Remarks: CLEARED CENTRAL WARRANTS JORDAN #117

IR #: 1195887
CB #: 18693090

**NON-OFFENDER(S)**

**ARRESTEE VEHICLE**

NO ARRESTEE VEHICLE INFORMATION ENTERED

**PROPERTIES**

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    MONTGOMERY, Derek,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

**INCIDENT NARRATIVE**

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
MONTGOMERY was placed under arrest from Massac County Jail for arrest warrant #cw0005472
ARRESTEE SEARCHED BY DET SCOTT #20811
ARRESTEE IS IN POSSESSION OF A CHECK WITH A PRENTED VALUE OF $10 USC.
COMPUTER CLEAR/ NO INVESTIGATIVE ALERT/ NO GIPP/ NO TRAPP

**COURT INFO**

Desired Court Date:    08 July 2013
Branch: 64-4    555 W HARRISON ST - Room 30
Court Sgt Handle? No
Initial Court Date:   02 July 2013
Branch: 64-4    555 W HARRISON ST - Room302
Docket #:

**BOND INFO**

BOND INFORMATION NOT AVAILABLE

## ARREST REPORTING

### REPORTING PERSONNEL

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #20811 | SCOTT, S J (PC0J505) | 02 JUL 2013 00:40 |

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #20811 | SCOTT, S J (PC0J505) | 5283 |
| 2nd Arresting Officer: | #20009 | WILLIAMS, R A (PC0N090) | 5283 |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause : | #2278 | PIETRZAK, S T (PC0G286) | 02 JUL 2013 00:46 |

# Chicago Police Department - ARREST Report

**CB #:** 18693090
**MONTGOMERY, Derek**

## ARREST PROCESSING REPORT

**Holding Facility:** District 005 Male Lockup
**Received in Lockup:** 02 July 2013 01:15
**Prints Taken:** 02 July 2013 01:20
**Palmprints Taken:** Yes
**Photograph Taken:** 02 July 2013 01:31
**Released from Lockup:** 02 July 2013 07:00

**Time Last Fed:**
**Time Called:** **Phone#:**
**Cell #:** I-3

**Transport Details:** 1PO 5283 01-JUL-2013 23:50

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| Presently taking medication? | No |
| (if female) are you pregnant? | |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |
| Transgender/intersex/gender non-conforming? | No |

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**
**Name:** REFUSED
**Res:** **Beat:**

### INTERVIEW LOG
NO INTERVIEWS LOGGED

### VISITOR LOG
NO VISITORS LOGGED

Print Generated By: SIMS, Denise ( PC0A079 )    Page 4 of 5    28 AUG 2013 11:19
powered by: CLEAR Technology

## MOVEMENT LOG

MOVEMENT LOG INFORMATION NOT AVAILABLE

## WC COMMENTS

Watch Commander Comments:

## REL w/o CHARGING

DOES NOT APPLY TO THIS ARREST

## ARRESTEE PROCESSING PERSONNEL

Searched By: #11238 JONES, G B (PC0J177) Beat
Lockup Keeper: WEST, D T (PC00316)
Fingerprinted By: WEST, D T (PC00316)

## APPROVAL PERSONNEL

Final Approval of Charges: #2278 PIETRZAK, S T (PC0G286) 02 JUL 2013 03:36 Beat

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

The JULY 2013 Grand Jury of the
Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 22, 2011 and continuing on through August 31, 2011 at and within the County of Cook

Derek Montgomery

committed the offense of     HARASSMENT OF A WITNESS

in that HE, <u>WITH INTENT TO HARASS SHARONDA VAUGHN</u>, A PERSON WHO SERVED AS A WITNESS IN A <u>LEGAL PROCEEDING UNDER CASE NUMBER 09CR-13</u>, BECAUSE OF THE TESTIMONY OF SHARONDA VAUGHN IN SAID LEGAL PROCEEDING <u>COMMUNICATED</u> DIRECTLY OR INDIRECTLY <u>WITH SHARONDA VAUGHN</u> IN SUCH MANNER AS TO PRODUCE MENTAL ANGUISH OR EMOTIONAL DISTRESS TO WIT: <u>SENT LETTER</u> TO SHARONDA VAUGHN,
IN VIOLATION OF CHAPTER <u>720 ACT 5 SECTION 32-4a(a)(2)</u> OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 1
CASE NUMBER 13CR-14552
CHARGE ID CODE: 0012498

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 22, 2011 and continuing on through August 31, 2011 at and within the County of Cook

Derek Montgomery

committed the offense of    VIOLATION OF AN ORDER OF PROTECTION

in that HE, <u>KNOWINGLY OR INTENTIONALLY</u>, COMMITTED AN ACT WHICH WAS PROHIBITED BY THE CIRCUIT COURT OF COOK COUNTY IN A <u>VALID</u> ORDER OF PROTECTION UNDER CASE NUMBER 09CR-13, IN VIOLATION OF A REMEDY AUTHORIZED UNDER <u>PARAGRAPH 1 OF SUBSECTION (b) OF SECTION 214</u> OF THE ILLINOIS DOMESTIC VIOLENCE ACT OF 1986, TO WIT: <u>HARASSED SHARONDA VAUGHN BY SENDING A LETTER TO SHARONDA VAUGHN</u>, AND SUCH VIOLATION OCCURRED AFTER HE HAD BEEN SERVED WITH NOTICE OF THE CONTENTS OF THE ORDER OF PROTECTION OR HAD OTHERWISE <u>ACQUIRED ACTUAL KNOWLEDGE OF THE CONTENTS OF THE ORDER</u>, AND <u>HE HAS BEEN PREVIOUSLY CONVICTED OF THE OFFENSE OF DOMESTIC BATTERY, UNDER CASE NUMBER 09CR-13</u>, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.4(a) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

> COUNT NUMBER 4
> CASE NUMBER 13CR-14552
> CHARGE ID CODE: 0016142